Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 2 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PATRICK WERTMAN,<br><br>Defendant. | 4:21-CR-6024-SMJ<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography and Attempt<br>(Counts 1 and 2)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about December 16, 2020, and continuing until on or about January 6, 2021, in the Eastern District of Washington, the Defendant, JAMES PATRICK WERTMAN, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be

INDICTMENT - 1

transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Beginning on or about August 20, 2018, and continuing until on or about September 4, 2018, in the Eastern District of Washington, the Defendant, JAMES PATRICK WERTMAN, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 3

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JAMES PATRICK WERTMAN, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in

INDICTMENT - 2

18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in Counts 1 and 2, and/or upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in Count 3, of this Indictment, the Defendant, JAMES PATRICK WERTMAN, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- iPad serial number GG7Z244XJF8J
- iPhone serial number C39WP038JCLN

If any of the property described above, as a result of any act or omission of the Defendant:

INDICTMENT - 3

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 2 day of June, 2021.

A TRUE BILL

*[signature]*
Joseph H. Harrington
Acting United States Attorney

*[signature]*
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT - 4